UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 17-32848-DHW
Chapter 13

DEBORAH HOLCOMBE,

    Debtor.

**ORDER CONDITIONALLY GRANTING MOTION TO EXTEND STAY**

The debtor filed a motion (Doc. # 8) under 11 U.S.C. § 362(c)(3) to extend the automatic stay as to all creditors. The motion came on for evidentiary hearing on October 30, 2017, after notice to all creditors. No objection to the motion was filed or advanced at the hearing. In accordance with the ruling of the court from the bench in open court, it is

ORDERED that the motion is CONDITIONALLY GRANTED and the stay is hereby EXTENDED as to all creditors provided that the debtor maintains a pay record of 75% or higher. The stay will terminate without further order of the court if the trustee's accounting/system shows the debtor's pay record to fall below 75%. It is

FURTHER ORDERED that the stay as to the home mortgagee will terminate without further order of the court if the debtor does not make full payments to the mortgagee within the month payment is due beginning with the November 2017 payment.

Done this 30th day of October, 2017.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:    Debtor
      Joshua C. Milam, Attorney for Debtor
      Sabrina L. McKinney, Trustee
      All Creditors