The relief described hereinbelow is SO ORDERED

Done this 28th day of December, 2017.



*Dwight H. Williams, Jr.*
**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DEBORAH HOLCOMBE | ) | CASE NO.: 17-32848-DHW-13 |
| *aka Deborah Youngblood* | ) | |
| *aka Deborah F. Holcomb* | ) | |
| *aka Deborah F. Holcombe*, | ) | |
| | ) | |
| DEBTOR. | ) | |

### AGREED ORDER CONDITIONALLY DENYING
### OBJECTION TO CONFIRMATION

This matter having been set for hearing on December 18, 2017 upon the Objection to Confirmation ("Objection") of Alabama Housing Finance Authority ("AHFA"), seeking dismissal. Notice of the hearing was given. Based upon the consent of the parties, it is hereby

**ORDERED, ADJUDGED AND DECREED** the Objection is overruled conditionally.

**IT IS FURTHER ORDERED,** should AHFA fail to receive any regular monthly payment from Debtor (beginning with the December 2017 payment) when such payment comes due and upon twenty (20) days prior written notice to Debtor and Debtor's Attorney, the stay will lift automatically without further order of this Court, and AHFA, its successors and/or assigns, are authorized to pursue applicable non-bankruptcy remedies with regard to The Property.

**IT IS FURTHER ORDERED,** this Order survives the dismissal, conversion and/or reinstatement of this bankruptcy case.

###END OF ORDER###

This Order was reviewed and agreed to by Counsel for Debtor and Trustee.

Order Drafted by:
Bowdy J. Brown
Sasser, Sefton & Brown, P.C.
Post Office Box 4539
Montgomery, AL 36103-4539
(334) 532-3400
bbrown@sasserlawfirm.com

In re:  
Deborah Holcombe  
    Debtor

Case No. 17-32848-DHW  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1127-2    User: ewalker    Page 1 of 1    Date Rcvd: Dec 28, 2017  
                 Form ID: pdfSOME    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2017.  
db          +Deborah Holcombe,    4201 East Lawnwood Dr,    Montgomery, AL 36108-5011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          E-mail/Text: rgriffith@servsol.com Dec 28 2017 20:30:26      Alabama Housing Finance Authority,     P.O. Box 242928,    Montgomery, AL  36124-2928  
3855193         +E-mail/Text: rgriffith@servsol.com Dec 28 2017 20:30:26      ALABAMA HOUSING FINANCE,     2000 INTERSTATE PARK DR,    STE 408,    Montgomery, AL 36109-5414  
3855194         +E-mail/Text: rgriffith@servsol.com Dec 28 2017 20:30:26      ALABAMA HOUSING FINANCE,     PO BOX 242928,    Montgomery, AL 36124-2928  
                                                                                                                                                                           TOTAL: 3

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 30, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2017 at the address(es) listed below:  
         Bankruptcy Administrator    ba@almb.uscourts.gov  
         Bowdy J. Brown    on behalf of Creditor    Alabama Housing Finance Authority    bbrown@sasserlawfirm.com,   kwaldrop@sasserlawfirm.com;bhargett@sasserlawfirm.com  
         Joshua C. Milam    on behalf of Debtor Deborah  Holcombe jmilam@smclegal.com,    scarter@smclegal.com;tbramlett@smclegal.com;rshinbaum@smclegal.com  
         Richard D. Shinbaum    on behalf of Debtor Deborah  Holcombe rshinbaum@smclegal.com,    scarter@smclegal.com;tbramlett@smclegal.com  
         Sabrina L. McKinney    trustees_office@ch13mdal.com  
                                                                                                                                        TOTAL: 5